

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00050-CV

**IN RE** Helios Ordonez **CABELLO** and Reinaldo Flores

Original Proceeding[1]

PER CURIAM

Sitting:　　Irene Rios, Justice
　　　　　　Lori Massey Brissette, Justice
　　　　　　Adrian A. Spears II, Justice

Delivered and Filed: February 4, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; PETITION FOR WRIT OF PROHIBITION DENIED

On January 20, 2026, relators, Helios Ordonez Cabello and Reinaldo Flores, filed a petition for writ of mandamus and a petition for writ of prohibition. Having reviewed the petition for writ of mandamus, the petition for writ of prohibition, and accompanying record, this court has determined that relators have not established that they are entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* Tex. R. App. P. 52.8(a). The petition for writ of prohibition is **DENIED**. *Id.*

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021FLC001944D1, styled *In the Interest of F.A.O., a Child*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.